**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**


**Maycon Douglas Martins Oliveira**
                    Petitioner

                                                    CIVIL ACTION

        V.
                                                    NO. **1:26-cv-12776-RGS**


**Wesling et al**
                    Respondents


**ORDER OF DISMISSAL**


Stearns, D. J.


        In accordance with the Court's Order entered July 6, 2026 [Doc. No. 11] it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.


                                                    By the Court,


7/7/2026                                            /s/ Jacqueline Martin
   Date                                                Deputy Clerk